# EXHIBIT 1

Exhibit 1

## Case Information

DC-22-05737 | ASHLEY NICOLE CARDENAS vs. FIESTA MART INC, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-22-05737 | 116th District Court | PARKER, TONYA |
| File Date | Case Type | Case Status |
| 05/31/2022 | PROPERTY | OPEN |

## Party

PLAINTIFF
CARDENAS, ASHLEY NICOLE

Active Attorneys▾
Lead Attorney
MEREDITH, RANDALL LEWIS
Retained

Attorney
HYDE, RICHARD
Retained

DEFENDANT
FIESTA MART INC

Address
BY SERVING ITS REGISTERED AGENT STACY S WALKER
5235 KATY FWY
HOUSTON TX 77007

Active Attorneys▾
Attorney
BRISCOE, B KYLE
Retained

Lead Attorney
MIRANDA, HOPE ZIMLICH
Retained

DEFENDANT
FIESTA MART LLC

Address
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

Active Attorneys▾

Attorney
BRISCOE, B KYLE
Retained

Lead Attorney
MIRANDA, HOPE ZIMLICH
Retained

DEFENDANT
CHEDRAUI USA INC

Address
BY SERVING ITS REGISTERED AGENT URS AGENTS LLC
3610-2 N JOSEY LN STE 223
CARROLLTON TX 75007

Active Attorneys▾

Lead Attorney
MIRANDA, HOPE ZIMLICH
Retained

# Events and Hearings

05/31/2022 NEW CASE FILED (OCA) - CIVIL

05/31/2022 ORIGINAL PETITION ▾

ORIGINAL PETITION

05/31/2022 ISSUE CITATION ▾

ISSUE CITATION - 3. CHEDRAUI USA, INC.

ISSUE CITATION - 2. FIESTA MART, LLC

ISSUE CITATION - 1. FIESTA MART, INC.

06/16/2022 CITATION▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
FIESTA MART, INC.

---

06/16/2022 CITATION ⌄

Served
07/18/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/19/2022
Comment
FIESTA MART, LLC

---

06/16/2022 CITATION ⌄

Served
07/14/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
07/15/2022
Comment
CHEDRAUI USA, INC.

---

07/15/2022 RETURN OF SERVICE ⌄

EXECUTED CITATION - CHEDRAUI USA INC

Comment
EXECUTED CITATION - CHEDRAUI USA INC

---

07/19/2022 RETURN OF SERVICE ⌄

EXECUTED CITATION - FIESTA MART, LLC

Comment
EXECUTED CITATION - FIESTA MART, LLC

---

08/08/2022 ORIGINAL ANSWER - GENERAL DENIAL ⌄

ORIGINAL ANSWER

08/09/2022 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER

08/30/2022 DISMISSAL FOR WANT OF PROSECUTION ▾

dism letter (116th)

Judicial Officer(s)
PARKER, TONYA, PARKER, TONYA

Hearing Time
3:00 PM

## Financial

CARDENAS, ASHLEY NICOLE

|  | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $374.00 |
| | Total Payments and Credits | | | $374.00 |
| 6/4/2022 | Transaction Assessment | | | $374.00 |
| 6/4/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 33419-2022-DCLK | CARDENAS, ASHLEY NICOLE | ($237.00) |
| 6/4/2022 | STATE CREDIT | | | ($137.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION - 3. CHEDRAUI USA, INC.

ISSUE CITATION - 2. FIESTA MART, LLC

ISSUE CITATION - T. FIESTA MART, INC.

EXECUTED CITATION - CHEDRAUI USA INC

dism letter (116th)

EXECUTED CITATION - FIESTA MART, LLC

ORIGINAL ANSWER

ORIGINAL ANSWER

# EXHIBIT 2

Exhibit 2

FILED
5/31/2022 9:12 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Christi Underwood DEPUTY

3 CITS-ESERVE

DC-22-05737

CAUSE NO. _____

| | | |
|---|---|---|
| **ASHLEY NICOLE CARDENAS,** | § | **IN THE DISTRICTCOURT** |
|    **Plaintiff,** | § 116th | |
| | § | |
| **vs.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **FIESTA MART, INC.,** | § | |
| **FIESTA MART, LLC and** | § | |
| **CHEDRAUI USA, INC.,** | § | |
|    **Defendants.** | § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiff, ASHLEY NICOLE CARDENAS, complaining of Defendant

FIESTA MART, INC., Defendant FIESTA MART, LLC and Defendant CHEDRAUI USA, INC.,

and for cause of action would respectfully show the Court the following:

### I.
### Discovery Control Plan

Discovery is intended to be conducted under Level 2, pursuant to Texas Rule of Civil

Procedure 190.3.

### II.
### Claims for Relief

Pursuant to Texas Rule of Civil Procedure 47, the damages sought by the Plaintiff are

within the jurisdictional limits of the Court. The Plaintiff seeks monetary relief of over

$250,000.00 but not more than $1,000,000.00. The amount of money awarded, however, will

ultimately be determined by the Jury. The Plaintiff also seeks pre-judgment and post-judgment

interest at the highest legal rate, and all other relief, both at law and in equity, to which Plaintiff

may be justly entitled.

**III.**
**Parties**

Plaintiff Ashley Nicole Cardenas is a resident of the State of Texas.

Defendant Fiesta Mart, Inc. is a Texas corporation, which may be served with process by serving its registered agent, Stacy S. Walker, at 5235 Katy Freeway, Houston, Texas 77007.

Defendant Fiesta Mart, LLC is a Texas corporation, which may be served with process by serving its registered agent, CT Corporation System, at registered agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

Defendant Chedraui USA, Inc. is a Delaware corporation doing business in the State of Texas, and may be served with process by serving its registered agent, URS Agents, LLC, 3610-2 N Josey Lane, Suite 223, Carrollton, Texas 75007.

**IV.**
**Jurisdiction and Venue**

The Court has subject matter jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court.

In addition, this Court is the proper venue for this action, pursuant to Texas Civil Practice & Remedies Code § 15.002, because the incident complained of herein occurred in Dallas County, Texas.

**V.**

**Factual Background**

On June 20, 2021, Plaintiff Ashley Nicole Cardenas went to the Fiesta Mart Store #68 located at 6401 Abrams in Dallas, Texas to do some shopping. While inside the store near the meat department, the Plaintiff slipped and fell on a foreign substance that was on the floor. There were no signs posted near the area where the Plaintiff fell to warn her of the danger created by the

foreign substance on the floor. In the fall, the Plaintiff sustained serious injuries, including but not necessarily limited to her left knee, left ankle, and back.

## VI.
## Cause of Action - Negligence

At the time of the incident in question, the Plaintiff was a business invitee on the Defendants' premises. As such, the Defendants owed the Plaintiff a duty to exercise reasonable care to make the premises safe, and/or to warn her against any unreasonably unsafe conditions of which the Defendants were aware, or of which they should reasonably have been aware.

The foreign substance on the floor of the store in question constituted an unreasonably unsafe condition, of which Defendants were aware, or in the exercise of ordinary care, should have been aware. Defendants failed to correct the unsafe condition before the subject incident, and also failed to warn Plaintiff of the danger posed by the foreign substance on the floor. Such constituted negligence.

The Plaintiff will show this Honorable Court and Jury that:

1. The Defendants had actual or constructive notice of the condition that caused Plaintiff's injury;

2. That said condition posed an unreasonable risk of harm;

3. The Defendants failed to take reasonable steps or use reasonable care to reduce or eliminate the risk;

4. The Defendants failed to warn Plaintiff of the danger created by said condition; and

The Defendants' failures as cited above were the direct and proximate cause of Plaintiff's injuries and related damages. Each of the above and foregoing acts and omissions, whether taken singularly and/or in combination with each other, constituted negligence that was the direct and proximate cause of the incident in question, and the injuries and damages suffered by the Plaintiff.

## VII.
### Damages

As a direct and proximate result of the Defendants' negligence as stated above, the Plaintiff suffered serious injuries, including but not limited to her left knee, left ankle and back.   The Plaintiff has incurred necessary and reasonable medical charges for treatment of such injuries.   She has also incurred other damages as result of her injuries, which are cited below in the prayer for relief.

## VIII.
### Jury Trial Requested

The Plaintiff hereby respectfully requests and demands a trial by Jury, and Plaintiff will tender the appropriate Jury fees.

## IX.
### U.S. Life Tables

Notice is hereby given to the Defendants that the Plaintiff intends to use the U.S. Life Tables, as prepared by the Department of Health and Human Services, in the prosecution and trial of this case.

## X.
### Prayer For Relief

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Ashley Nicole Cardenas, respectfully prays that Defendants Fiesta Mart, Inc., Fiesta Mart, LLC and Chedraui USA, Inc. be cited to appear and answer herein, and that upon final trial hereof, the Plaintiff be awarded Judgement against the Defendants for the following:

1. Plaintiff's past medical expenses;

2. Plaintiff's' future medical expenses;

3. Plaintiff's past physical pain & suffering;

4. Plaintiff's' future physical pain & suffering;

5. Plaintiff's past physical impairment;

6. Plaintiff's future physical impairment;

7. Plaintiff's past mental anguish;

8. Plaintiff's future mental anguish;

9. Plaintiff's past loss of earnings;

10. Plaintiff's future loss of earnings;

11. Plaintiff's past loss of earning capacity;

12. Plaintiff's future loss of earning capacity;

13. Pre-judgment interest on the Plaintiff's damages, at the maximum rate allowed by law;

14. Post-judgment interest on the Plaintiff's damages, at the maximum rate allowed by law;

15. All costs of court; and

16. For such other and further relief to which the Plaintiff may show herself justly entitled, both at law and in equity.

17.

Respectfully submitted,
*/s/ Randall L. Meredith*
Randall L. Meredith
Texas Bar Number 00784591
Richard R. Hyde, Jr.
Texas Bar Number 24101949
THE LEDGER LAW FIRM
420 Throckmorton Street, Suite 200
Fort Worth, Texas 76102
Telephone: (800) 300-0001
Facsimile: (800) 442-2502
Email: Texas@ledgerlaw.com
ATTORNEYS FOR PLAINTIFF
ASHLEY NICOLE CARDENAS

# EXHIBIT 3

Exhibit 3

FILED
7/15/2022 7:47 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
SADAF RAJPUT DEPUTY
Court Stamp Here

# RETURN OF SERVICE

Notice: This document contains sensitive data

| Court | |
|---|---|
| **District Court**<br>**116th Judicial District**<br>**Dallas County, Texas** | |

| Plaintiff | Cause # |
|---|---|
| **Ashley Nicole Cardenas** | **DC-22-05737** |

| Defendant(s) | Came to Hand Date/Time |
|---|---|
| **Fiesta Mart, Inc., et al** | **7/13/2022        9:44 AM** |

| Manner of Service | Service Date/Time |
|---|---|
| **Personal** | **7/14/2022        12:33 PM** |

| Documents | Service Fee: |
|---|---|
| **Citation; Petition** | **$83.50** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **7/14/2022** at **12:33 PM**: I served **Citation and Petition** upon **Chedraui USA, Inc.** by delivering **1** true and correct copy(ies) thereof, with **Chedraui USA, Inc., I delivered the documents to Twrri Yin who indicated they were the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Asian female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs** at **3610 North Josey Lane, Carrollton, TX 75007.**

My name is: **Allison Spotswood**. My date of birth is: **8/12/1984**.
My address is: **1614 Beauregard Point Drive, St Paul, TX 75098**, USA.
My process server identification # is: **PSC-19274**. My Certification expires: **12/31/2022**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in <u>Collin</u>_____ county, TX.

_____
Allison Spotswood

07/14/2022
_____
Date Executed

Ref  **MAT-2106229418 Ashley Nicole Cardenas**

**0089462646**



**The Ledger Law Firm**

Tracking # **0089701484**



txefile@abclegal.com

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

<table>
<tr><td>

**To:**   **CHEDRAUI USA, INC.**
          **BY SERVING ITS REGISTERED AGENT, URS AGENTS, LLC**
          **3610-2 N. JOSEY LANE, SUITE 223**
          **CARROLLTON, TEXAS 75007**

</td><td>

**ESERVE**

**CITATION**

**DC-22-05737**

</td></tr>
</table>

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ASHLEY NICOLE CARDENAS**

Filed in said Court  **31st day of May, 2022** against

**FIESTA MART, INC., FIESTA MART, LLC &  CHEDRAUI USA, INC.**

For Suit, said suit being numbered **DC-22-05737,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition, a copy of which accompanies this citation.
If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 16th day of June, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        ANGELA CONEJO

**ASHLEY NICOLE CARDENAS**
**vs.**
**FIESTA MART INC, et al**

**ISSUED THIS**
**16th day of June, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**RANDALL L. MEREDITH**
**THE LEDGER LAWFIRM**
**420 THROCKMORTON STREET, SUITE 200**
**FORT WORTH, TEXAS 76102**
**(800) 300-0001**
**Texas@Ledgerlaw.com**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



# OFFICER'S RETURN

Case No. :  DC-22-05737

Court No.116th District Court

Style: ASHLEY NICOLE CARDENAS

 vs.

FIESTA MART INC, et al

Came to hand on the _____day of_____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ |  |
| For mileage | $ _____ | of _____ County, _____ |  |
| For Notary | $_____ | By _____ | Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 _____ ,

to certify which witness my hand and seal of office.

_____

Notary Public  _____ County  _____

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christina Wies on behalf of Randall Meredith
Bar No. 784591
christina@ledgerlaw.com
Envelope ID: 66346913
Status as of 7/18/2022 1:12 PM CST
Associated Case Party: ASHLEYNICOLECARDENAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Hyde | | texas@ledgerlaw.com | 7/15/2022 7:47:05 AM | SENT |
| Randall Meredith | | randall@ledgerlaw.com | 7/15/2022 7:47:05 AM | SENT |

# EXHIBIT 4

Exhibit 4

FILED
7/19/2022 9:40 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY
Court Stamp Here

# RETURN OF SERVICE

Notice: This document contains sensitive data

| Court | |
|---|---|
| **District Court**<br>**116th Judicial District**<br>**Dallas County, Texas** | |

| Plaintiff | Cause # |
|---|---|
| **Ashley Nicole Cardenas** | **DC-22-05737** |

| Defendant(s) | Came to Hand Date/Time |
|---|---|
| **Fiesta Mart, Inc., et al** | **7/13/2022     5:55 AM** |

| Manner of Service | Service Date/Time |
|---|---|
| **Personal** | **7/18/2022     9:12 AM** |

| Documents | Service Fee: |
|---|---|
| **Citation; Petition** | **$81.50** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **7/18/2022** at **9:12 AM**: I served **Citation and Petition** upon **Fiesta Mart, LLC** by delivering **1** true and correct copy (ies) thereof, with **Fiesta Mart, LLC, I delivered the documents to Brett Bagwell who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a beard and a goatee** at **1999 Bryan Street, Dallas, TX 75201**.

My name is: **Jirika T. Johnson**. My date of birth is: **6/10/1976**
My address is: **PO Box 166213, Irving, TX 75016**, USA.
My process server identification # is: **PSC-12723**. My Certification expires: **8/15/2022**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in  Dallas _____ county, TX.

_____
Jirika T. Johnson

07/18/2022
_____
Date Executed

Ref  **MAT-2106229418 Ashley Nicole Cardenas**
**0089462645**
txefile@abclegal.com

 The Ledger Law Firm

Tracking # **0089834053**


# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:    **FIESTA MART, LLC**
       **BY SERVING ITS REGISTERED AGENT, STACY S. WALKER**
       **5235 KATY FREEWAY**
       **HOUSTON, TEXAS  77007**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ASHLEY NICOLE CARDENAS**

Filed in said Court  **31st day of May, 2022** against

**FIESTA MART, INC., FIESTA MART, LLC &  CHEDRAUI USA, INC.**

For Suit, said suit being numbered **DC-22-05737,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition, a copy of which accompanies this citation.
If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 16th day of June, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
      ANGELA CONEJO



---

**ESERVE**

**CITATION**

**DC-22-05737**

**ASHLEY NICOLE CARDENAS**
vs.
**FIESTA MART INC, et al**

ISSUED THIS
**16th day of June, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**RANDALL L. MEREDITH**
**THE LEDGER LAWFIRM**
**420 THROCKMORTON STREET, SUITE 200**
**FORT WORTH, TEXAS 76102**
**(800) 300-0001**
Texas@Ledgerlaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-22-05737

Court No.116th District Court

Style: ASHLEY NICOLE CARDENAS

 vs.

FIESTA MART INC, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $ _____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

# EXHIBIT 5

Exhibit 5

FILED
8/8/2022 11:29 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Jenifer Trujillo DEPUTY

CAUSE NO. DC-22-05737

| | | |
|---|---|---|
| ASHLEY NICOLE CARDENAS, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | 116TH JUDICIAL DISTRICT |
| | § | |
| FIESTA MART, INC., | § | |
| FIESTA MART, L.L.C. and | | |
| CHEDRAUI USA, INC., | | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants Fiesta Mart L.L.C. and Fiesta Mart, Inc., (erroneously Identified as Fiesta Mart, Inc.) hereby files their Original Answer and Special Exception to Plaintiff's Original Petition and, in support thereof, states as follows:

### I.
### <u>VERIFIED DENIAL</u>

By way of verified denial pursuant to Rule 93 of the Texas Rules of Civil Procedure, Defendants deny that Plaintiff is entitled to recover from "Fiesta Mart, Inc." in the capacity in which this entity has been sued. Defendant denies that "Fiesta Mart, Inc." owned or operated the store at issue on the date of this incident. Defendant also denies that ""Fiesta Mart, Inc." as named, is an entity in existence. Consequently, Plaintiff has no right or potential right of recovery against "Fiesta mart, Inc." because the proper party has not been sued. *Ray Malooly Trust v. Juhl*, 186 S.W.3d 568, 571 (Tex. 2006).

**II.**

**GENERAL DENIAL**

Defendants deny each and every material allegation in Plaintiff's Original Petition, demands strict proof thereof, and to the extent that such matters are questions of fact, says Plaintiff should prove such facts by a preponderance of the evidence to a jury if she can so do.

**III.**

**DEFENSES AND LIMITATIONS ON DAMAGES AND LIABILITY**

1.      Defendants specifically denies Plaintiff's claims that it they were negligent and/or that their alleged acts or omissions proximately caused Plaintiff's alleged damages.

2.      Pleading further, Defendants claim that Plaintiff failed to use a degree of care and caution as would have been used by a reasonable person under the same or similar circumstances, thereby producing or proximately causing or contributing to cause her injuries and damages, if any.  Such acts or omissions of Plaintiff were the sole and/or a producing and/or a proximate cause of Plaintiff's damages or injuries, if any.

3.      Defendants allege that Plaintiff's alleged damages or injuries, if any, were caused by the acts of third persons not under the control of Defendants.  Such acts or omissions of said third persons were the sole and/or a producing and/or a proximate cause of Plaintiff's alleged damages or injuries, if any.

4.      To the extent necessary, Defendants would show that the accident complained of was an unavoidable accident, as that term is known in law.

5.      Defendants further claim that they had neither actual nor constructive knowledge of the allegedly hazardous condition about which Plaintiff complains, and that in any event, the alleged hazard was not "unreasonably dangerous."

6.      Pleading further and in the alternative, Defendants claim that the premises condition asserted by Plaintiff in her Original Petition was known to Plaintiff, was open and obvious, and/or was not concealed from Plaintiff and, therefore, Defendants deny that they owed any duty to warn Plaintiff of the alleged premises condition or protect her from it.

7.      Defendants state that Plaintiff's alleged damages complained of, if any, may be the result of prior or pre-existing injuries, accidents or conditions, and said prior or pre-existing injuries, accidents or conditions, if any, would be the sole and/or a contributing cause of Plaintiff's damages alleged against Defendants.

8.      Defendants state that Plaintiff's alleged damages complained of, if any, may be the result of subsequent and unrelated injuries, accidents or conditions, and said injuries, accidents or conditions, if any, would be new and intervening, sole and/or a contributing cause(s) of Plaintiff's damages alleged against Defendants.

9.      Defendants claim that Plaintiff may be malingering and exaggerating the nature and severity of her alleged injuries in order to continue treatment and/or inflate damages, and accordingly, Defendants contend that Plaintiff's treatment may not be medically necessary or reasonable.

10.     Defendants further contend that Plaintiff may have breached her duty to mitigate damages by failing to exercise reasonable care and diligence to avoid loss and minimize the consequences of her alleged damages.

11.     Defendants contend that, pursuant to § 18.091 of the Texas Civil Practice & Remedies Code, to the extent Plaintiff is seeking a recovery for loss of earnings, lost wages, loss of earning capacity and/or loss of contributions of pecuniary value, evidence of this alleged loss

must be presented by Plaintiff in the form of a net loss after reduction for income tax payments, or unpaid tax liability to any federal income tax law.

12.     Defendants contend that any claims for medical or health care expenses incurred is limited to the amount actually paid or incurred by or on behalf of Plaintiff, pursuant to Texas Civil Practice and Remedies Code § 41.0105.

13.     Defendants state that, in the unlikely event an adverse judgment would be rendered against it in this matter, Defendants would respectfully pray for contribution, indemnity and/or all available credits as provided for in the Texas Civil Practice and Remedies Code and under Texas law.

**IV.**

**REQUEST FOR COURT REPORTER**

Defendants respectfully request that a court reporter be present at all proceedings before this Honorable Court.

**IV.**
**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Defendants Fiesta Mart, Inc. and Fiesta Mart L.L.C., respectfully pray that Plaintiff take nothing by this cause of action, that Defendants be permitted to recover the costs expended on their behalf, and for such other and further relief to which Defendants may show themselves justly entitled, both at law and in equity.

Respectfully submitted,

/s/ Hope Zimlich Miranda

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Hope Zimlich Miranda**
State Bar No. 24084146
hmiranda@peavlerbriscoe.com
**PEAVLER | BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550 (telephone)
(214) 999-0551 (facsimile)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to, and in accordance with, the Texas Rules of Civil Procedure on August 8, 2022.

/s/ Hope Zimlich Miranda

**Hope Zimlich Miranda**

## VERIFICATION

STATE OF TEXAS                    '
                                 '
COUNTY OF TARRANT                '

Before me, the undersigned authority, did personally appear **Hope Zimlich Miranda**, who upon her oath deposes and says that she is one of the attorneys for Defendants, that she has never been convicted of a disqualifying crime, and that she is over the age of twenty-one and competent to make this verification. Accordingly, Mrs. Miranda verifies that the facts alleged in the section of the foregoing pleading entitled "VERIFIED DENIAL" are true and correct.

_____

Hope Zimlich Miranda

Subscribed and sworn to before me on this 8 day of August 2022.

_____

NOTARY PUBLIC in and for the State of Texas

ELIZABETH CONTRERAS
Notary Public, State of Texas
Comm. Expires 02-06-2024
Notary ID 129335398

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hope Miranda on behalf of Hope Miranda
Bar No. 24084146
hmiranda@peavlerbriscoe.com
Envelope ID: 67052221
Status as of 8/8/2022 12:44 PM CST
Associated Case Party: ASHLEYNICOLECARDENAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Hyde | | texas@ledgerlaw.com | 8/8/2022 11:29:51 AM | SENT |
| Christina Wies | | christina@ledgerlaw.com | 8/8/2022 11:29:51 AM | SENT |
| Randall Meredith | | randall@ledgerlaw.com | 8/8/2022 11:29:51 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hope Miranda on behalf of Hope Miranda
Bar No. 24084146
hmiranda@peavlerbriscoe.com
Envelope ID: 67052221
Status as of 8/8/2022 12:44 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bryan KyleBriscoe | | kbriscoe@peavlerbriscoe.com | 8/8/2022 11:29:51 AM | SENT |
| Hope Miranda | | hmiranda@peavlerbriscoe.com | 8/8/2022 11:29:51 AM | SENT |
| Sandy Dixon | | sdixon@peavlerbriscoe.com | 8/8/2022 11:29:51 AM | SENT |
| Erika Pina | | epina@peavlerbriscoe.com | 8/8/2022 11:29:51 AM | SENT |

# EXHIBIT 6

Exhibit 6

FILED
8/9/2022 4:44 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Miranda Lynch DEPUTY

Case 3:22-cv-01793-G   Document 1-2   Filed 08/16/22   Page 32 of 54   PageID 39

CAUSE NO. DC-22-05737

| | | |
|---|---|---|
| ASHLEY NICOLE CARDENAS, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | 116TH JUDICIAL DISTRICT |
| | § | |
| FIESTA MART, INC., | § | |
| FIESTA MART, L.L.C. and | § | |
| CHEDRAUI USA, INC., | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## DEFENDANT CHEDRAUI USA, INC.'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant Chedraui USA, Inc. hereby files its Original Answer to Plaintiff's Original Petition and, in support thereof, states as follows:

### I.
### VERIFIED DENIAL

By way of verified denial pursuant to Rule 93 of the Texas Rules of Civil Procedure, Defendants deny that Plaintiff is entitled to recover from "Chedraui USA Inc." in the capacity in which this entity has been sued. Defendant denies that "Chedraui USA Inc." owned and operated the store at issue on the date of this incident. Rather, Fiesta Mart LLC is the correct entity. *Ray Malooly Trust v. Juhl*, 186 S.W.3d 568, 571 (Tex. 2006).

### II.
### GENERAL DENIAL

Defendant denies each and every material allegation in Plaintiff's Original Petition, demands strict proof thereof, and to the extent that such matters are questions of fact, says Plaintiff should prove such facts by a preponderance of the evidence to a jury if she can so do.

---

**III.**
**DEFENSES AND LIMITATIONS ON DAMAGES AND LIABILITY**

1.      Defendant specifically denies Plaintiff's claims that it was negligent and/or that its alleged acts or omissions proximately caused Plaintiff's alleged damages.

2.      Pleading further, Defendant claims that Plaintiff failed to use a degree of care and caution as would have been used by a reasonable person under the same or similar circumstances, thereby producing or proximately causing or contributing to cause her injuries and damages, if any.  Such acts or omissions of Plaintiff were the sole and/or a producing and/or a proximate cause of Plaintiff's damages or injuries, if any.

3.      Defendant alleges that Plaintiff's alleged damages or injuries, if any, were caused by the acts of third persons not under the control of Defendant.  Such acts or omissions of said third persons were the sole and/or a producing and/or a proximate cause of Plaintiff's alleged damages or injuries, if any.

4.      To the extent necessary, Defendant would show that the accident complained of was an unavoidable accident, as that term is known in law.

5.      Defendant further claims that it had neither actual nor constructive knowledge of the allegedly hazardous condition about which Plaintiff complains, and that in any event, the alleged hazard was not "unreasonably dangerous."

6.      Pleading further and in the alternative, Defendant claims that the premises condition asserted by Plaintiff in her Original Petition was known to Plaintiff, was open and obvious, and/or was not concealed from Plaintiff and, therefore, Defendant denies that it owed any duty to warn Plaintiff of the alleged premises condition or protect her from it.

7.      Defendant states that Plaintiff's alleged damages complained of, if any, may be the result of prior or pre-existing injuries, accidents or conditions, and said prior or pre-existing injuries, accidents or conditions, if any, would be the sole and/or a contributing cause of Plaintiff's damages alleged against Defendant.

8.      Defendant states that Plaintiff's alleged damages complained of, if any, may be the result of subsequent and unrelated injuries, accidents or conditions, and said injuries, accidents or conditions, if any, would be new and intervening, sole and/or a contributing cause(s) of Plaintiff's damages alleged against Defendant.

9.      Defendant claims that Plaintiff may be malingering and exaggerating the nature and severity of her alleged injuries in order to continue treatment and/or inflate damages, and accordingly, Defendant contends that Plaintiff's treatment may not be medically necessary or reasonable.

10.     Defendant further contends that Plaintiff may have breached her duty to mitigate damages by failing to exercise reasonable care and diligence to avoid loss and minimize the consequences of her alleged damages.

11.     Defendant contends that, pursuant to § 18.091 of the Texas Civil Practice & Remedies Code, to the extent Plaintiff is seeking a recovery for loss of earnings, lost wages, loss of earning capacity and/or loss of contributions of pecuniary value, evidence of this alleged loss must be presented by Plaintiff in the form of a net loss after reduction for income tax payments, or unpaid tax liability to any federal income tax law.

12.     Defendant contends that any claims for medical or health care expenses incurred is limited to the amount actually paid or incurred by or on behalf of Plaintiff, pursuant to Texas Civil Practice and Remedies Code § 41.0105.

13.     Defendant states that, in the unlikely event an adverse judgment would be rendered against it in this matter, Defendant would respectfully pray for contribution, indemnity and/or all available credits as provided for in the Texas Civil Practice and Remedies Code and under Texas law.

## IV.

### REQUEST FOR COURT REPORTER

Defendant respectfully requests that a court reporter be present at all proceedings before this Honorable Court.

## IV.
### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant Chedraui USA Inc. respectfully prays that Plaintiff take nothing by this cause of action, that Defendant be permitted to recover the costs expended on its behalf, and for such other and further relief to which Defendant may show itself to be justly entitled, both at law and in equity.

---

Respectfully submitted,

/s/ Hope Zimlich Miranda

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Hope Zimlich Miranda**
State Bar No. 24084146
hmiranda@peavlerbriscoe.com
**PEAVLER | BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550 (telephone)
(214) 999-0551 (facsimile)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to, and in accordance with, the Texas Rules of Civil Procedure on August 9, 2022.

/s/ Hope Zimlich Miranda

**Hope Zimlich Miranda**

**VERIFICATION**

STATE OF TEXAS

COUNTY OF TARRANT

    Before me, the undersigned authority, did personally appear **Hope Zimlich Miranda**, who upon her oath deposes and says that she is one of the attorneys for Defendant, that she has never been convicted of a disqualifying crime, and that she is over the age of twenty-one and competent to make this verification.  Accordingly, Mrs. Miranda verifies that the facts alleged in the section of the foregoing pleading entitled "VERIFIED DENIAL" are true and correct.

**Hope Zimlich Miranda**

Subscribed and sworn to before me on this 9th day of August 2022.

NOTARY PUBLIC in and for the State of Texas

MARIA LOHSE
Notary Public, State of Texas
Comm. Expires 02-05-2024
Notary ID 132346674

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hope Miranda on behalf of Hope Miranda
Bar No. 24084146
hmiranda@peavlerbriscoe.com
Envelope ID: 67119373
Status as of 8/10/2022 9:11 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bryan KyleBriscoe | | kbriscoe@peavlerbriscoe.com | 8/9/2022 4:44:53 PM | SENT |
| Hope Miranda | | hmiranda@peavlerbriscoe.com | 8/9/2022 4:44:53 PM | SENT |
| Sandy Dixon | | sdixon@peavlerbriscoe.com | 8/9/2022 4:44:53 PM | SENT |
| Erika Pina | | epina@peavlerbriscoe.com | 8/9/2022 4:44:53 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hope Miranda on behalf of Hope Miranda
Bar No. 24084146
hmiranda@peavlerbriscoe.com
Envelope ID: 67119373
Status as of 8/10/2022 9:11 AM CST

Associated Case Party: ASHLEYNICOLECARDENAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Hyde | | texas@ledgerlaw.com | 8/9/2022 4:44:53 PM | SENT |
| Christina Wies | | christina@ledgerlaw.com | 8/9/2022 4:44:53 PM | SENT |
| Randall Meredith | | randall@ledgerlaw.com | 8/9/2022 4:44:53 PM | SENT |

# EXHIBIT 7

Exhibit 7

## AFFIDAVIT OF MICHAEL SALTZSTEIN

STATE OF __California__ §
§
COUNTY OF **Los Angeles** §

      BEFORE ME, the undersigned authority, on this day personally appeared Michael Saltzstein ("Affiant"), who being by me first duly sworn, stated the following under oath:

1. "My name is Michael Saltzstein. I am over twenty-one years of age, of sound mind, have never been convicted of a felony or crime of moral turpitude, and am otherwise qualified to make this affidavit.

2. My job title is Senior Director and Head of Risk Management for Bodega Latina Corp. and the facts stated herein are based on my personal knowledge obtained in that capacity. I have been authorized by Bodega Latina Corp. and Fiesta Mart, LLC to make this statement on their behalf. I am familiar with the corporate structures of  Bodega Latina Corp. and Fiesta Mart, LLC in my capacity as Head of Risk Management for Bodega Latina Corp.

3. Defendant Fiesta Mart, LLC is wholly owned by, and a subsidiary of, Bodega Latina Corp. Defendant Fiesta Mart, LLC is a limited liability company with a sole member, Bodega Latina Corp.  Bodega Latina Corp. is incorporated in Delaware and maintains its principal place of business in California."

The affiant says nothing further.

_____
Michael Saltzstein

Subscribed and sworn to before me on _April 1_____, 2020.

SONIA ESMERALDA TORRES
Notary Public – California
Los Angeles County
Commission # 2192073
My Comm. Expires May 12, 2021

_____
Notary Public for the State of _California_

My commission expires: _May 12, 2021_
Notary Stamp

# EXHIBIT 8

Exhibit 8

**CALIFORNIA JURAT**                                    **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

GLORIA L. RIESGO-FAURA
Notary Public - California
Los Angeles County
Commission # 2395358
My Comm. Expires Mar 1, 2026

Subscribed and sworn to (or affirmed) before me on

this __1__ day of _June_ , 20 _22_ , by
       *Date*            *Month*         *Year*

(1) _Jorge Del Toro, Jr_

(and (2) _____ ),
                *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

──────────────── **OPTIONAL** ────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

## AFFIDAVIT OF JORGE DEL TORO

STATE OF _____ §

§

COUNTY OF _____ §

BEFORE ME, the undersigned authority, on this day personally appeared Jorge Del Toro ("Affiant"), who being by me first duly sworn, stated the following under oath:

1. "My name is Jorge Del Toro. I am over twenty-one years of age, of sound mind, have never been convicted of a felony or crime of moral turpitude, and am otherwise qualified to make this affidavit.

2. My job title is General Liability Manager for Bodega Latina Corp. and the facts stated herein are based on my personal knowledge obtained in that capacity. I have been authorized by Bodega Latina Corp. and Fiesta Mart, LLC to make this statement on their behalf. I am familiar with the corporate structures of Bodega Latina Corp. and Fiesta Mart, LLC in my capacity as General Liability Manager for Bodega Latina Corp.

3. Defendant Fiesta Mart, LLC is wholly owned by, and a subsidiary of, Bodega Latina Corp. Defendant Fiesta Mart, LLC is a limited liability company with a sole member, Bodega Latina Corp. Bodega Latina Corp. is incorporated in Delaware and maintains its principal place of business in California."

The affiant says nothing further.

_____

Jorge Del Toro

Subscribed and sworn to before me on _____, 2022.

_See attached certificate GRF_

_____

Notary Public for the State of _____

My commission expires: _____

# EXHIBIT 9

Exhibit 9

In the Office of the
Secretary of State of Texas

MAR 1 9 2015

Corporations Section

### THE STATE OF TEXAS
### CERTIFICATE OF CONVERSION
### OF A TEXAS CORPORATION
### TO A TEXAS LIMITED LIABILITY COMPANY

#### Converting Entity Information

The name of the converting entity is Fiesta Mart, Inc., a Texas corporation (the *"Converting Entity"*).

The jurisdiction of formation of the Converting Entity is Texas.

The date of formation of the Converting Entity is June 12, 1972.

The file number issued to the Converting Entity by the Secretary of State of the State of Texas is 0030810800.

#### Plan of Conversion

The Converting Entity is converting to a Texas limited liability company. The name of the Texas limited liability company is Fiesta Mart, L.L.C. (the *"Converted Entity"*).

The Converted Entity will be formed under the laws of Texas.

The plan of conversion is attached to this Certificate of Conversion as **Exhibit A**.

#### Certificate of Formation for the Converted Entity

The Converted Entity is a Texas limited liability company. The Certificate of Formation of the Converted Entity is attached to this Certificate of Conversion as **Annex A** to the plan of conversion attached to this Certificate of Conversion as **Exhibit A**.

#### Approval of the Plan of Conversion

The plan of conversion has been approved as required by the laws of the State of Texas, the jurisdiction of formation, and the governing documents of the Converting Entity.

#### Effectiveness of Filing

The conversion shall become effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date shall be March 20, 2015 at 8:00 a.m. Central Time.

#### Tax Certificate

In lieu of providing the tax certificate, the Converted Entity is liable for the payment of all fees and any franchise taxes of the Converting Entity.

## RECEIVED

US 3246085v.7

MAR 1 9 2015

## Secretary of State

**Execution**

The undersigned signs this Certificate of Conversion subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under the penalty of perjury that the undersigned is authorized to execute this filing instrument.


Date: March _18_, 2015·


FIESTA MART, INC.


By: _____
Name: Louis Katopodis
Title:   Chief Executive Officer and President

## EXHIBIT A

## PLAN OF CONVERSION

*[See attached.]*

**PLAN OF CONVERSION**
**OF**
**FIESTA MART, INC.**
**(a Texas corporation)**

**INTO**
**FIESTA MART, L.L.C.**
**(a Texas limited liability company)**

Adopted on March 19, 2015

Pursuant to the provisions of Section 10.101 and Section 10.103 of the Texas Business Organizations Code, Fiesta Mart, Inc., a Texas corporation, hereby adopts the following Plan of Conversion:

1.      The converting entity is a Texas corporation and its name is Fiesta Mart, Inc. (the "***Converting Entity***"), and the converted entity is a Texas limited liability company and its name is Fiesta Mart, L.L.C. (the "***Converted Entity***").

2.      The Converting Entity is continuing its existence in the organizational form of the Converted Entity.

3.      The Converted Entity is to be a limited liability company under the laws of the State of Texas.

4.      The shares of common stock of the Converting Entity shall be converted into membership interests in the Converted Entity such that, immediately following the conversion, each shareholder of the Converting Entity shall own the same percentage interest in the Converted Entity that such shareholder owned in the Converting Entity immediately prior to the Conversion.

5.      The conversion shall become effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date shall be March 20, 2015 at 8:00 a.m. Central Time.

6.      Attached as **Annex A** to this Plan of Conversion is the Texas Certificate of Formation of the Converted Entity.

*[Signature Page Follows]*

US 3246093v.5

IN WITNESS THEREOF, the undersigned has executed this Plan of Conversion as of the date first written above.

**FIESTA MART, INC.**

By: _____
Name: Louis Katopodis
Title:   Chief Executive Officer and President

# ANNEX A

## CERTIFICATE OF FORMATION

[*See attached.*]

FILED
In the Office of the
Secretary of State of Texas

MAR 1 9 2015

Corporations Section

# CERTIFICATE OF FORMATION
## OF
## FIESTA MART, L.L.C.

The undersigned, acting as the authorized representative of Fiesta Mart, L.L.C. (the "Company") under the Texas Business Organizations Code (as amended from time to time, the "Code"), does hereby adopt the following Certificate of Formation for the Company:

## ARTICLE ONE

The name of the Company is Fiesta Mart, L.L.C.

## ARTICLE TWO

The Company is a limited liability company under the laws of the State of Texas.

## ARTICLE THREE

The period of duration of the Company is perpetual.

## ARTICLE FOUR

The purpose for which the Company is formed is for the transaction of any and all lawful business for which a limited liability company may be organized under the Code.

## ARTICLE FIVE

The initial registered agent of the Company is an organization by the name of CT Corporation. The business address of the registered agent and the address of the registered office of such agent is 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

## ARTICLE SIX

The Company will be governed by its Board of Managers, and the name and address of the initial and sole manager are as follows:

| Name | Address |
|------|---------|
| Jim Arnold | 952 Echo Lane, Suite 314 Houston, Texas 77024 |

## ARTICLE SEVEN

The Company was formed pursuant to a plan of conversion in accordance with Texas law.

US 3246109v.8

**ARTICLE EIGHT**

The name and address of the converting entity (the "<u>Converting Entity</u>") were as follows:

> Fiesta Mart, Inc.
> 5235 Katy Fwy
> Houston, TX 77007

The Converting Entity was a corporation incorporated under the laws of the State of Texas. The Converting Entity was incorporated on June 12, 1972.

**ARTICLE NINE**

This Certificate of Formation shall become effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date shall be March 20, 2015 at 8:00 a.m. Central Time.


[REMAINDER OF PAGE INTENTIONALLY BLANK]

2

The undersigned affirms that the person designated as registered agent has consented to the appointment as registered agent of the Company. The undersigned signs this Certificate of Formation subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute this filing instrument.

Date: March 1__, 2015

By: _____
Name: Louis Katopodis
Title: Authorized Representative